(No. 74-CC-843—■■■)

SPRINGFIELD ANESTHESIA, LTD., Claimant, *vs.* STATE OF ILLINOIS, BOARD OF VOCATIONAL EDUCATION AND REHABILITATION, Respondent.

*Opinion filed April 15, 1975.*

SPRINGFIELD ANESTHESIA, LTD., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.